```
ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam

8/5/98   1    COMPLAINT filed Summons(es) Issued referred to Discovery Carla M.
Woehrle (bg) [Entry date 08/06/98] [2:98cv6338]

8/21/98   2    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case)
filed.  [ Related Case no.:CV97-7023 HLH (RCx)] Case transferred from Judge
Richard A. Paez to Judge Harry L. Hupp for all further proceedings. The case
number will now reflect the initials of the transferee Judge [ CV98-6338  HLH
(RCx)]., Case referred from Discovery Carla M. Woehrle to Discovery Rosalyn
M. Chapman . (cc: all counsel) (jc) [Entry date 08/24/98] [2:98cv6338]

10/2/98   3    WAIVER OF SERVICE of SUMMONS by atty R M Kern on behalf of
defendant Serco Management Svc sent by plf on 8/26/98 (jag) [Entry date
10/07/98]  [2:98cv6338]

10/23/98   5    ANSWER filed by defendant Serco Management Svc, defendant
Serco Group Inc. defendant Serco Inc, defendant Serco Group Plc, defendant
Barton Atc Int'l Inc, defendant
Barton ATC Inc to complaint [1-1]; jury demand (rm)  [Entry date   10/30/98]
 [2:98cv6338]

10/26/98   4    ANSWER filed by defendant USA to complaint [1-1]  [related to
MDL 1237] (lori)    [Entry date   10/30/98]    [2:98cv6338]

3/22/99   6    STIPULATION filed by USA for leave to file third party
complaint (Relates to MDL1237, cv 98-6466; 98-6334; 98-6344;          98-6337;
98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)
[Entry date 03/25/99]    [2: 98cv6338]

3/26/99    7    ORDER by Judge Harry L. Hupp that the USA is granted leave to
file a 3rd pty cmp in case Nos: (MDL 1237, cv 98-6466, 98-6334; 98-6336;
98-6344; 98-6337; 98-6343;
98-6345; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)          [Entry date
04/08/99][2:98cv6338]

3/30/99    8    THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air
Lines Co; Summons not issued (Relates to MDl 1237, cv98-6334; 98-6336;
98-6337; 98-6344; 98-6343; 98-6342;        98-6339; 98-6341; 98-6343) (shb)
[Entry date 04/08/99]    [2:98cv6338]

4/22/99    9    NOTICE OF CHANGE Of Address filed re Korean Air Lines re Condon
& Forsythe (Relates to MDL 1237) (shb)         [Entry date 04/23/99]
[2:98cv633811

5/4/99    11   WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air
Lines Co sent by plf on 4/21/99 (el)    [Entry date   07/07/99]
[2:98cv6338]

6/10/99    10    ANSWER TO THIRD PARTY COMPLAINT [8-1] by third-party defendant
Korean Air Lines Co (Relates to MDL 1237, cv98-6466; 98-6334; 98-6336;
98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341;
98-6463) (shb)  [Entry
date 06/17/99] [2:98cv6338]

6/10/99    10    COUNTERCLAIM by third-party defendant Korean Air Lines Co
against third-party plaintiff USAcntdft Serco Management Svc; summons not
issued (Relates to MDL
1237, cv 98-6466; 98-6334; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338;
98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99]
```

[2:98cv6338]

7/8/99    12    ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of Korean Air Lines Co [10-1]  by counter-defendant Serco Management Svc (Relates to MDl 1237, cv 98-6466; 98-6334; 98-6344; 98-6337; 98-6343; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99] [2: 98cv6338]

7/8/99    12    COUNTERCLAIM by counter-defendant Serco Management Svc against counter-claimant Korean Air Lines Co ; summons not issued (Relates to MDL 1237, cv98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)  [Entry date 07/09/99] [2:98cv6338]

7/15/99    13    ANSWER TO COUNTERCLAIM of Serco Management [12-1] by counter-defendant Korean Air Lines Co (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343;     98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/19/99] [2:98cv6338]

8/4/99    14    STIPULATION and ORDER by Judge Harry L. Hupp for leave to file first amd cmp (Relates to MDL 1237) (shb) [Entry date 08/12/99] [2:98cv6338]

8/4/99    15    AMENDED COMPLAINT [1-1] by plaintiff Yong Ja Lee,  plaintiff Jong Chal Lee; adding Korean Air Lines Co; jury demand.  Summons not issued (Relates to MDL 1237) (shb)  [Entry date 08/12/99] [2:98cv6338]

8/12/99      SUMMONS issued as to defendant Korean Air Lines Co on first amd cmp (Relates to MDL 1237) (shb) [Entry date 08/12/99]     [2: 98cv6338]

8/18/99    16    ANSWER TO COUNTERCLAIM [10-1] by counter-defendant USA (Relates to MDl 1237) (shb) [Entry date 08/19/99] [2: 98cv6338]

10/1/99    17    ANSWER filed by defendant USA to First amended complaint [15-1] (Relates to MDL 1237) (pbap) [Entry date 10/07/99]    [2 : 98cv6338]

10/1/99    18    STIPULATION and ORDER by Judge Harry L. Hupp tht the ti  of dft USA to ans Plfs' 1st Amd Cmp be extd to and includ       10/1/99 for the following cmps: CV-98-6466 (AHN) CV-98-6334 (CHOI), CV 98-6336 (HAN), CV-98-6344 (HONG),  CV-98-6337
(HUR) , CV-98-6343 (JUNG) , CV-98-6345 (KANG) , CV-98-6338 (LEE,'JONG) , CV-98-6342 (LEE,GOUN) , CV-98-6339 (LEE,:HAN), CV-98-6465 (PARK), CV-98-6341 (SEO), and CV-98-6463 (YOON) (pbap) [Entry date 10/28/99]    [2: 98cv6338]

1/21/00    19    ANSWER filed by defendant Korean Air Lines Co to 1st amended complaint [15-1] (pbap) [Entry date 02/01/00]    [2: 98cv6338]

5/31/00    21    NOTICE OF MOTION AND MOTION by defendant USA to dismiss, or in the alt to transfer case to the District of Guam ;  Motion hearing set for 9:30 6/21/00 (Relates to MDL 1237) (shb) [Entry date 06/21/00] [2:98cv6338]

6/7/00    20    OPPOSITION by plaintiff Yong Ja Lee, plaintiff Jong Chal Lee to USA's mot to dism or in the alt to transfer case to    District of Guam (shb) [Entry date 06/09/00]  [2:98cv6338]

6/14/00    22    REPLY by defendant USA to response to motion to dismiss cases improperly filed in the Central District [21-1],    motion to transfer case to the District of Guam [21-23
(Relates to MDL 1237) (shb) [Entry date 06/21/001   [2 : 98cv6338]

7/3/00    23    ERRATA sheet to Dft USA's reply memo in supprt of motion  to
dismiss [21-1], motion to transfer case to the District of Guam t21-2] (pbap)
[Entry date 07/05/00]
[2:98cv6338]

7/31/00   24    DECLARATION of Brian J. Alexander by plaintiff Steering
Committee (pbap)
[Entry date 08/01/00] [2:98cv6338]

7/31/00   25    SURREPLY in Opp by plaintiff Steering Committee to motion to
dismiss [21-1], motion to transfer case to the District of Guam [21-2] (pbap)
[Entry date 08/01/00] [2:98cv6338]

8/2/00    30    COMPLAINT-IN-INTERVENTION by intervenor plaintiff Korean Labor
Welfare in 2:98-cv-06338 ; summons not issued; (per ord m.o. dtd 8/28/00) re:
MDL 1237 (pbap) [Entry date 09/08/00] [2:98cv6338]

8/7/00    26    NOTICE of Lien by intervenor plaintiff KLWC (re: MDL  1237)
(pbap) [Entry date 08/09/00] [2:98cv6338]

8/7/00    27    RESPONSE by defendant USA to plfs' Surreply in Opp re  motion
to dismiss [21-1], re motion to transfer case to the District of Guam [21-2]
. (re: MDL 1237) (pbap) [Entry date 08/10/00] [Edit date 08/10/00]
[2:98cv6338]

8/10/00   28    NOTICE OF MOTION AND MOTION by plaintiff Steering  Committee
re choice of law on the issue of damages agnst dfts US,  Serco and KAL ;
motion hearing set for 10:00 8/28/00    Lodged ord (pbap) [Entry date
08/11/00] [2:98cv6338]

8/10/00   29    MEMORANDUM IN SUPPORT by plaintiff Steering Committee of
motion re choice of law on the issue of damages agnst dfts US, Serco and KAL
[28-1] (pbap) [Entry date 08/11/00]       [2: 98cv6338]

9/1/00    31    FIRS AMENDED COMPLAINT-IN-INTERVENTION by intervenor plaintiff
Korean Labor Welfare in 2:98-cv-06338 ; summons not issued; re: MDL 1237
(pbap) [Entry date 09/08/00]       [2: 98cv6338]

9/21/00   32    ANSWER filed by defendant Serco Management Svc to complaint
[31-1]; jury demand (re: MDL 1237) (pbap) [Entry date 09/22/00]
[2:98cv6338]

9/26/00   33    ANSWER filed by defendant USA to 1st amd complaint  [31-1]
(re: MDL 1237) (pbap) [Entry date 09/28/00] [2:98cv6338]

3/7/01    34    MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean  Air
Lines Co (MDL No 1237) (dw) [Entry date 03/08/01]  [2: 98cv6338]

3/7/01    35    WITNESS list submitted by defendant Korean Air Lines Co  (MDL
No 1237) (dw) [Entry date 03/08/01] [2:98cv6338]

3/7/01    36    STIPULATION filed tht plfs shl hv an ext until 3/12/01 to fi
their jnt exh 1st, wit 1st, and memo of contentions of    fact and law (pbap)
[Entry date 03/09/01] [2:98cv6338]

3/7/01          LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)    [Entry
date 03/09/01] [2:98cv6338]

3/9/01    37    ORDER by Judge Harry L. Hupp tht plfs hl hv an ext until
3/12/01 to fi their jnt exh 1st, wit 1st, and memo of     contentions of
fact and law. This ext shl in no way affect
other pretrial subm dates. (pbap) [Entry date 03/13/01]      [2: 98cv6338]

3/12/01   38    Jnt exh 1st. (re: MDL 1237) (pbap) [Entry date 03/13/01]    [2: 98cv6338]

3/12/01   39    MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re:  MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6338]

3/12/01   40    WITNESS list submitted by plaintiff (re: MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6338]

3/19/01   41    OPPOSITION by plaintiff to Korean Air Lines Co., Ltd's response (raised in connection with US' mtn to str plfs' expert wits. (pbap) [Entry date 03/21/01] [2:98cv6338]

3/22/01   42    NOTICE OF MOTION AND MOTION by defendant Korean Air Lines Co in limine to exclude all liability evid or evid     relating to conduct of dfts at dm trials (dw) [Entry date 03/26/01] [2:98cv6338]

3/28/01   43    MINUTES: by Judge Harry L. Hupp; ; pretrial conference on 1:30 4/9/01 The revised PTC order shall contain the fol: (see mins) CR: Cynthia L Mizell (yc) [Entry date 04/03/013 [2: 98cv6338]

4/4/01   44    STIPULATION and ORDER by Judge Harry L. Hupp that plfs & dft Korean Air Lines Co Ltd shall have until 4/11/01 to     file joint P/T Ord & amd exh list; The pretrial conference is cont to 1:30 4/18/01 (dw) [Entry date 04/11/01]     [2: 98cv6338]

4/4/01   45    MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS. Liability issues are already preserved by having been raised and  rejected previously. In the alternative, Plaintiffs'     counsel may preserve this issue by reiterating in the nre      pre-trial conference orders their objection to the Court's   ruling [recluding liability issues. by Judge Harry L. Hupp   CR: Cynthia Mizell (Relates to MDL 1237, 98-6334, 98-6344,      98-6337, 98-6343, 98-6345, 98-6341) (shb)   [Entry date 04/12/01] [2:98cv6338]

4/11/01       LODGED PTC ord (re: Hyung Mi Lee) (FWD TO CRD) (pbap)  [Entry date 04/17/01] [2:98cv6338]

4/11/01   46    FIRST AND WITNESS list submitted by plaintiff (re: Hyung  Mi Lee) (pbap) [Entry date 04/18/01] [2:98cv6338]

4/11/01   47    JNT EXHIBIT list.  (re: Jyung Mi Lee) (pbap) [Entry date 04/18/01]    [2:98cv6338]

4/12/01   48    FIRST AND WITNESS list submitted by defendant Korean Air Lines Co (pbap) [Entry date 04/19/01] [2:98cv6338]

4/18/01   49    MINUTES: pretrial conference held & Contd to 10:00 5/30/01 by Judge Harry L. Hupp CR: Carmen (pbap)  [Entry date 04/24/01] [2:98cv6338]

4/18/01   50    MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry  L. Hupp CR: Cynthia L. Mizell.   **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:98cv6338]

4/20/01   51    EXHIBIT list by intervenor plaintiff Korean Labor  Welfare (pbap) [Entry date 04/24/01] [2:98cv6338]

4/20/01   52    WITNESS list submitted by intervenor plaintiff Korean  Labor Welfare (pbap) [Entry date 04/25/01] [2:98cv6338]

4/27/01   53    NOTICE OF MOTION AND MOTION by intervenor plaintiff   Korean

Labor Welfare for protective order re: plfs' depo ntc of Rim Hwa Young ; motion hearing set for 9:00 5/23/01 (dhl) [Entry date 05/03/01] [2:98cv6338]

4/27/01    54    DECLARATION of 'Robert L Wallan by intervenor plaintiff Korean Labor Welfare in suppt of motion for protective     order re: plfs' depo ntc of Rim Hwa Young [53-1] (dhl) [Entry date 05/03/01] [2:98cv6338]

4/27/01 55    PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 4/27/01 of ntc of mot & mot for protective ord, decl in suppt; svd by fax on Frank G Fleming & Brian J Alexander & svd by mail on attached svc list. (dhl) [Entry date 05/03/01] [2:98cv6338]

5/2/01    56    NOTICE OF MOTION AND MOTION by defendant USA to dismiss KLWC's claims for lack of subject matter jurisdiction ;     motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/03/01] [2:98cv6338]

5/2/01    57    NOTICE OF MOTION AND MOTION by intervenor plaintiff Korean Labor Welfare re: subrogation ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    58    DECLARATION of Rebecca N Kaufman by intervenor plaintiff Korean Labor Welfare in suppt of motion re: subrogation [57-1] (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    59    DECLARATION of Jin Su Yune by intervenor plaintiff Korean Labor Welfare in suppt of motion re: subrogation [57-1] (dhl)  [Entry date 05/04/01] [2:98cv6338]

5/2/01    60    DECLARATION of Hwa Young Lim by intervenor plaintiff Korean Labor Welfare in suppt of motion re: subrogation [57-1] (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01 61    PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare on 5/2/01 of mot re: subrogation, decl of Hwa Young Lim, decl of Jin Su Yune, decl of Rebecca N Kaufman
& proof of svc; svd by mail on attached svc list. (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    62    BRIEF FILED by defendant Korean Air Lines Co re KLWC  claims (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    63    DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co in suppt of brief [62-1] (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    64    DECLARATION of Eun Young Jung by defendant Korean Air Lines Co in suppt of brief [62-1] (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    65    NOTICE OF MOTION AND MOTION by plaintiffs for summary judgment ; motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/04/01] [2:98cv6338]

5/2/01    66    MEMORANDUM IN SUPPORT by plaintiffs of motion for summary judgment [65-1]   (dhl) [Entry date 05/04/011 [2:98cv6338]

5/2/01    67    DECLARATION of Francis G Fleming by plaintiffs in suppt of motion for summary judgment [65-1] (dhl) [Entry date 05/04/01] [2:98cv6338]

5/3/01    68    MINUTES:   vacating hearing re motion for protective order re: plfs' depo ntc of Rim Hwa Young [53-1] for failure to file a jnt stip as req by LR by Magistrate Judge Rosalyn M.
Chapman CR: n/a (dmjr) [Entry date 05/08/01] [2: 98cv6338]

5/4/01    69    NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plfs'
ntc of mot & mot for summ jgm; (2) memo of P&A's;  (3) decl of Fleming; (4)
stmt of uncontrov facts rcd on 5/2/01 are to be filed and processed.  (pbap)
[Entry date 05/14/01]    [2 :98cv6338]

5/16/01    70    OPPOSITION by defendant Korean Air Lines Co to motion  re:
subrogation [57-1] (dhl) [Entry date 05/17/01] [2: 98cv63381

5/16/01    71    DECLARATION of Jennifer J Johnston by defendant Korean  Air
Lines Co in suppt of opp to motion re: subrogation [57-1] (dhl) [Entry date
05/17/01] [2:98cv6338]

5/16/01    72    OPPOSITION by plaintiffs to motion re: subrogation  [57-1]
(dhl) [Entry date 05/17/01]. [2:98cv6338]

5/16/01    73    OPPOSITION by intervenor plaintiff Korean Labor Welfare  to
motion to dismiss KLWC's claims for lack of subject matter jurisdiction
[56-1] (dhl) [Entry date 05/17/01] [2: 98cv6338]

5/16/01    74    DECLARATION of Jin Su Yune by intervenor plaintiff Korean
Labor Welfare in supt of KLWC's opp to plfs' & dfts' briefs re: subrogation
[57-1] (dhl) [Entry date 05/17/01]
[2: 98cv6338]

5/16/01    75    Suppl DECLARATION of Hwa Young Lim by intervenor plaintiff
Korean Labor Welfare in suppt of KLWC's opp to dfts' & plfs' briefs re:
subrogation [57-1] (dhl) [Entry
date 05/17/01] [2:98cv6338]

5/16/01    76    RESPONSE by intervenor plaintiff Korean Labor Welfare to KAL's
brief re: KLWC's subrogation claims [57-1] (dhl) [Entry date 05/17/01]
[2:98cv6338]

5/16/01    77    OBJECTIONS filed by intervenor plaintiff Korean Labor Welfare
to decl of Eun Young Jun fld in suppt of KAL's brief re: KLWC's subrogation
claims [57-1] (dhl) [Entry
date 05/17/01] [2:98cv6338]

5/16/0f    78    OPPOSITION by intervenor plaintiff Korean Labor Welfare  to
motion for summary judgment [65-1] (dhl)  [Entry date 05/17/01]
[2:98cv6338]

5/16/01    79    STATEMENT of genuine issues by intervenor plaintiff  Korean
Labor Welfare in suppt of its opp to motion for summary judgment [65-1] (dhl)
[Entry date 05/17/01]
[2:98cv6338]

5/16/01    80    PROOF OF SERVICE by intervenor plaintiff Korean Labor Welfare
on 5/16/01 of Opp to mot to dism re: subrogation,     Resp to KAL's brief
re: subrogation claims, Opp to plfs' mot for summary judgment, and related
documents svd on attached svc list by fax. (dhl) [Entry date 05/17/01] [2 :
98cv6338]

5/16/01    81    OPPOSITION by defendant USA to motion re: subrogation [57-1]
(dhl) [Entry date 05/23/01] [2:98cv6338]

5/23/01 82    REPLY by intervenor plaintiff Korean Labor Welfare to opposition
to motion re: subrogation [57-1] (Relates to MDL 1237, cv 98-2720; 98-6316,
98-6334, 98-6337, 98-6339,
98-6341, 98-6342, 98-6343, 98-6344, 98-6345, 98-6388) (shb) [Entry date
05/24/01] [2:98cv6338]

5/23/01    83    REPLY by intervenor plaintiff Korean Labor Welfare to  USA's opp to motion re: subrogation [57-1] (dhl) [Entry date 05/25/01] [2:98cv6338]

5/23/01    84    Objections by intervenor plaintiff Korean Labor Welfare to decl of Jungil Lee Esq re motion re: subrogation [57-1] (dhl) [Entry date 05/25/01] [2:98cv6338]

5/23/01    85    REPLY brief by defendant USA in suppt of its motion to dismiss KLWC's claims for lack of subject matter jurisdiction [56-1] (dhl) [Entry date 05/25/01] [2 :98cv6338]

5/23/01    86    REPLY by defendant Korean Air Lines Co to response to motion to dismiss KLWC's claims for lack of subject matter jurisdiction [56-1] [Relates to MDL 1237] (et)
[Entry date 05/31/01] [2:98cv6338]

5/23/01    87    DECLARATION of Rebecca N. Kaufman in supprt of KLWC's by intervenor plaintiff Korean Labor Welfare re rply brief re motion re: subrogation [57-1] (Relates to MDL 1237] (et)      [Entry date 05/31/01] [2:98cv6338]

5/23/01    89    REPLY BRIEF by intervenor plaintiff Korean Labor Welfare  to opposition to KLWC's to motion re: subrogation [57-1] (et) [Entry date 06/01/01] [2:98cv6338]

5/23/01    90    PROOF OF SERVICE via overnight courier by intervenor plaintiff Korean Labor Welfare on 5/23/01 of KLWC's rply briefs to opposition to KLWC's mots re:subrogation [Relates to MDL# 1237] (et) [Entry date 06/01/01] [2:98cv6338]

5/23/01    91    MINUTES before Judge Harry L. Hupp: The Crt is informed  all motions to dismiss KLWC's claims for lack of subject matter jurisdiction [56-1], motion for summary
judgment [65-1] & motion re: subrogation [57-1] set for 5/30/01 is taken OFF CALENDAR & ; pretrial conference is taken OFF CAL. CR: N/P [Relates to MDL# #1237] (et) [Entry date 06/05/01]       [2: 98cv6338]

5/25/01    88    NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by  plfs in suppt of their opp to KLWC's motion for summary jgm re subrogation [57-1] . (gk) [Entry date
05/31/01] [2: 98cv6338]

6/6/01    92    PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L. Hupp (re: Hyung Mi Lee), re :MDL 1237 **see ord for info** (pbap) [Entry date 06/12/01] [2:98cv6338]

6/6/01    93    MINUTES: Accordingly, the following cases are transferred to the District of Guam upon the filing of the pretrial conference order and filing of this minute order: CV
98-6334, CV 98-6337, CV 98-6338, CV 98-6341, CV 98-6342, CV 98-6343, CV 98-6344, CV 98-6345. Upon completion of transfer, counsel may expect a notice from Judge Unpingco in
Guam (as to the Guam cases) and the judge assinged in this district (as to the retained crew case) setting up a status conference to set trial dates and other matters. Any fur procedural matters as to the Guam cases and the damage apsects of the retained crew case ( mots, stipulations,
applications, etc.) should be set before the judge to whom the case is or will be assigned and not to this court.Case transferred to Dist of: Guam by Judge Harry L. Hupp CR: Cynthia L. Mizell. MD JS 6 (ENT 6/12/01) mld cpys & ntc (pbap) [Entry date 06/12/01] [2:98cv6338]

```
6/14/01    --    TRANSMITTAL of documents orig docs, cc docket and ord to
District of GUAM. (pbap) [Entry date 06/14/01]
[2: 98cv6338]
;    [WMT EOD 06/28/2001]
```